IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **SHEDRICK GREEN,** | : |
| Plaintiff, | : |
| v. | : Case No. 5:21-cv-00057-MTT-CHW |
| **MILLEDGEVILLE POLICE DEFENDANT,** *et al.*, | : |
| Defendants. | : |

# ORDER

*Pro se* Plaintiff Shedrick Green, a detainee previously confined in the Baldwin County Jail in Milledgeville, Georgia filed a document that was docketed as a 42 U.S.C. § 1983 civil rights claim.  ECF No. 1.  Plaintiff did not pay the $402.00 filing fee nor did he request to proceed without prepayment of the filing fee.

On April 1, 2021, Plaintiff was ordered to recast his complaint on a § 1983 form and to either submit a motion to proceed *in forma pauperis* or pay the full filing fee.  ECF No. 4.  Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of his action.  *Id*.  Plaintiff failed to respond.

Therefore, on May 7, 2021, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to comply and diligently prosecute his claims.  ECF No. 6.  The Court unambiguously informed Plaintiff that his action would be dismissed if he failed to respond.  *Id*.  Plaintiff

1

was given fourteen (14) days to respond and he failed to do so.

Additionally, all mail sent to Plaintiff at the Baldwin County Jail has been returned to the Court showing that Plaintiff is no longer incarcerated in that facility and that a forwarding address is unknown. ECF Nos. 3, 5, 7. The Court is unable to locate Plaintiff or find a current mailing address for him.

Due to Plaintiff's failure to follow the Court's Orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 1st day of June, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT